1  QUIN DENVIR, Bar #49374
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   HECTOR LOPEZ, JR.
6

7

8             IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,      ) No. CR-S-04-0145 MCE
                                  )
13              Plaintiff,        )
                                  ) STIPULATION AND [PROPOSED] ORDER
14      v.                        )
                                  )
15 HECTOR LOPEZ, JR.,             ) Date:  December 13, 2005
                                  ) Time:  8:30 a.m.
16              Defendants.       ) Judge: Hon. Morrison C. England
                                  )
17 _____  )

18      It is hereby stipulated and agreed to between the United States of

19 America though Samantha Spangler, Assistant U.S. Attorney; defendant,

20 HECTOR LOPEZ, JR., by and through his counsel, Dennis S. Waks,

21 Supervising Assistant Federal Defender that the status conference of

22 November 1, 2005 be vacated and a further status conference be set for

23 December 13, 2005 at 8:30 a.m.

24      This continuance is being requested because defense counsel

25 requires additional time to obtain discovery, continue our

26 investigation, and to interview our client and other witnesses.

27      Speedy trial time is to be excluded from the date of this order

28 through the date of the status conference set for December 13, 2005,

1 | pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon
2 | continuity of counsel and defense preparation.
3 | Dated:  October 27, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
HECTOR LOPEZ, JR.

Dated:  October 27, 2005

MCGREGOR W. SCOTT
United States Attorney

/s/ Dennis S. Waks for
_____
SAMANTHA SPANGLER
Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED.

Dated: November 3, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2