| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HECTOR LOPEZ, JR.,<br><br>Defendant. | No. 2:04-CR-00145-MCE<br><br><br><br>**ORDER** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

The Court is in receipt of Defendant's Motion to Correct Sentence (ECF No. 14). That Motion is DENIED.

IT IS SO ORDERED.

Dated: March 26, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE